# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Jessica Nicole Johnson
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wright Gourment House
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:26-cv-2647-JLB-SPF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

SEP 11 2026 AM 10:43
FILED - USDC - FLMD - TPA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jessica Johnson |
| Street Address | 11321 N 50th St Apt #5 Tampa |
| City and County | Tampa |
| State and Zip Code | Florida |
| Telephone Number | 813-507-9598 |
| E-mail Address | Brittanymoss134@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



IFP

Defendant No. 1

| | |
|---|---|
| Name | Wright Gourment House |
| Job or Title *(if known)* | |
| Street Address | 1 Tampa General Circle |
| City and County | Tampa Hillsboro |
| State and Zip Code | Flrida 33606 |
| Telephone Number | 813-804-1100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Yessy cruiz |
| Job or Title *(if known)* | Director of operations |
| Street Address | 1 Tampa General Circle |
| City and County | Tampa Hillsboro |
| State and Zip Code | Tampa Florida 33606 |
| Telephone Number | 813-804-1100 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Alana Gomez |
| Job or Title *(if known)* | General manager |
| Street Address | 1 Tampa General Circle |
| City and County | Tampa Hillsboro |
| State and Zip Code | Florida 33606 |
| Telephone Number | 813-804-1100 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Rudy Garcia |
| Job or Title *(if known)* | President |
| Street Address | 1 Tampa General Circle |
| City and County | Tampa Hillsboro |
| State and Zip Code | Florida 33606 |
| Telephone Number | 813-804-1100 |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Wright Gourment House |
| Street Address | 1 Tampa General Circle |
| City and County | Tampa Hillsboro |
| State and Zip Code | Florida 33606 |
| Telephone Number | 813-804-1100 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [x] Relevant state law *(specify, if known)*:

  Florida Whistleblower Act Fla. Stat. 448.102

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: ______

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

February 2026

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race black African American
- [ ] color ______
- [ ] gender/sex ______
- [ ] religion ______
- [ ] national origin ______
- [ ] age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

______

E. The facts of my case are as follows. Attach additional pages if needed.

Please See attached Page

Additional Information Jessica Johnson

I was hired as a prep cook, but upon arrival, the General Manager changed my position to Dishwasher. unlike my coworkers, my employee badge was initially withheld. Once issued, I was restricted exclusively to the back line, while only white employees were assigned to the publicly visible front line. Thats hiring disparate treatment.

I voiced concerns to a coworker regarding the racial disparity in front-line assignments. After this was reported to management, a manager began targeting and harassing me Including following me into the restroom. Thats protected activity and management harassment. I reported the harassment to the General Manager, requested equal work opportunities on the front line, and stated that I would report the ongoing harassment to Human Resources if it did not stop. The next day after being placed on the front line in a hostile environment, Director of operations Yessy Cruz called me into the office mid-shift and terminated my employment, citing vague coworker complaints, but refusing to provide details when asked. Retaliatory and Pretextual Termination

To prevent me from visiting HR on my way out, the General Manager escorted me directly to the exit gate. President Rudy Garcia than boarded the employee shuttle with me as an act of intimidation to ensure I left the property. Thats interference and intimidation Following my termination, I filed formal charges of race discrimination and retaliation with the EEOC

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

02/12/2026

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* ______________ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Back Pay. Full award of back pay including lost wages, benefits, and Pre-Judgment interest from the date of termination to date of Judgment

Front pay - Front pay and benefits in lieu of reinstatment

Compensatory Damages for emotional distress mental anguish humiliation, and damages to reputation according to proof at trial

Punitive damages to punish defendant for intentional, malicious, and reckless violation of plaintiff's Civil rights under Title VII. Injunctive relief an Order directing defendat to expunge the termination from plaintiffs employment record, provide a neutral employment reference court costs award of all costs and expenses incurred bringing this action

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/10/2026

Signature of Plaintiff: Jessica Johnson

Printed Name of Plaintiff: Jessica Johnson

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________